# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Terry Jackson Bennett,

    Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   3:08-cv-410

USA,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2010 Order.

    Signed: September 30, 2010

Frank G. Johns, Clerk
United States District Court